THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAN-AM FUEL DISTRIBUTION, LLC,

Plaintiff,

v.

SINCLAIR OIL, LLC,
f/k/a Sinclair Oil Corporation

and

GLOVIS AMERICA, INC.

Defendants.

CASE NO. 3:24-CV-05743-DGE

ORDER GRANTING DEFENDANT
SINCLAIR OIL LLC'S MOTION FOR
LEAVE TO AMEND ITS ANSWER,
AFFIRMATIVE DEFENSES, AND
COUNTERCLAIM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENDANT SINCLAIR
OIL LLC'S MOTION FOR LEAVE TO AMEND
ITS ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM
CASE NO. 3:24-CV-05743-DGE

1

This matter comes before the Court on Defendant Sinclair Oil LLC's ("Sinclair") Motion Seeking Leave of Court to File Its First Amended Answer, Affirmative Defenses, and Counterclaim. Upon consideration of Sinclair's motion, its Exhibits, and pursuant to Federal Rule of Civil Procedure 15,

**IT IS HEREBY ORDERED** that Sinclair's Motion Seeking Leave of Court to File Its First Amended Answer, Affirmative Defenses, and Counterclaim is **GRANTED**.

Dated this 22nd day of April, 2025.



David G. Estudillo
United States District Judge

Presented by:

/s/ *Heidi B. Bradley*

Heidi B. Bradley, WSBA No. 35759
Bradley Bernstein Sands LLP
2800 First Avenue, Suite 326
Seattle, WA 98121
206-337-6551
hbradley@bradleybernstein.com

Abby L. Risner, *pro hac vice*
UB Greensfelder LLP
10 S. Broadway, Suite 2000
St. Louis, MO 63102
314-345-4785
arisner@ubglaw.com

ORDER GRANTING DEFENDANT SINCLAIR
OIL LLC'S MOTION FOR LEAVE TO AMEND
ITS ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM
Case No. 3:24-cv-05743-DGE

2

BRADLEY BERNSTEIN SANDS LLP
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA 98121
206.337.6551

*Attorneys for Defendant Sinclair Oil*
*LLC, f/k/a Sinclair Oil Corporation*

ORDER GRANTING DEFENDANT SINCLAIR
OIL LLC'S MOTION FOR LEAVE TO AMEND
ITS ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIM
CASE NO. 3:24-CV-05743-DGE

3

**BRADLEY BERNSTEIN SANDS LLP**
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA 98121
206.337.6551