1

2

3

4

5

6

7

The Honorable David E. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

11

12

13

14

15

CAN-AM FUEL DISTRIBUTION, LLC,

Plaintiff,

v.

SINCLAIR OIL, LLC
f/k/a Sinclair Oil Corporation,

and

GLOVIS AMERICA, INC.,

Defendants.

Case No. 3:24-cv-05743-DGE

INTERLOCUTORY ORDER
UNDER 28 U.S.C. § 1292(b)

NOTE ON MOTION CALENDAR:
October 27, 2025

16

17

18

19

20

THIS MATTER came before the Court on Plaintiff, Can-Am Fuel Distribution, LLC ("Can-Am"), Motion for Entry of an Interlocutory Order Pursuant to 28 U.S.C. § 1292(b) with respect to the Court's dismissal under Federal Rule of Civil Procedure 12(b)(6) of Can-Am's claim for relief under the Petroleum Marketing Practices Act, 15 U.S.C. § 2801 *et seq*. (the "PMPA"). *See* Order, Dkt. No. 48.

21

22

23

24

25

26

The Court having considered the motion and the exhibit attached thereto, and the absence of any opposition, the motion is hereby GRANTED. The court's dismissal of Can-Am's PMPA claims involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from the order may materially advance the ultimate termination of the litigation.

INTERLOCUTORY ORDER UNDER 28 U.S.C. § 1292(b) - 1

4920-7337-6629.1

1    For purposes of compliance with the ten-day appeal requirement of 28 U.S.C. § 1292(b),

2 the court reissues its dismissal order, effective on this date, and hereby dismisses Can-Am's PMPA

3 claims against the defendants pursuant to Fed. R. Civ. P. 12(b)(6) for the same reasons set forth in its

4 original order.  Order, Dkt. No. 48.

5    Pursuant to 28 U.S.C. § 1292(b), the proceedings are STAYED pending a decision from the

6 Court of Appeals on Can-Am's interlocutory appeal.

7    IT IS SO ORDERED.

8    DATED: October 28, 2025

9

10

11

12

13

David G. Estudillo
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

CAN-AM'S MOTION FOR ENTRY OF
INTERLOCUTORY ORDER UNDER 28 U.S.C. § 1292(b) - 2

4920-7337-6629.1